LETTER TO THE CLERK OF COURT:

MY A (PRO-SE) APPEAL OF CASE # 22-6291-(6) ENDED UP BEING 598 PAGES TOTAL, THAT IS 31 PAGES OF THE APPEAL AND 567 PAGES OF JOINT APPENDIX. THIS IS ON ABOUT 500 PIECES OF PAPER AS SOME IS 2-SIDED COPIES

I AM SENDING YOU A SECOND SET OF ABOUT 500 PIECES OF PAPER: FOR YOU TO DATE STAMP THE COPIES AND SEND THEM BACK TO ME, TO BECOME MY CERTIFIED COPIES OF THIS APPEAL (NOTE: YOUR LETTER TOLD ME TO SEND YOU A POSTAGE PREPAID MAILER TO PAY FOR YOU TO RETURNE MY DATE STAMPTED COPIES OF MY #22-6291 APPEAL) I CAN NOT DO THIS BECAUSE THE POST OFFICE HERE WILL NOT ~~GIVE~~ SELL ME A FLAT-RATE U.S.P.S BOX FOR THE RETURN TRIP. I NEED YOU TO EITHER SEND ME A LETTER TELLING ME HOW MUCH THE POSTAGE WILL BE AND WHEATHER I CAN SEND YOU STAMPS OR A MONEY ORDER TO COVER THE COST, (SINCE I HAVE INFORMA PAPEROUS STATUS IF YOU WANT TO PAY FOR THIS RETURN POSTAGE THAT WOULD BE FINE)

FOR THE SAME REASON I CANNOT SEND YOU THE ABOUT 1000 PIECES OF PAPER FOR BOTH SETS, 1 FOR THE COURT AND 1 FOR ME. BECAUSE THE STAFF HERE WILL NOT SUPPLY A U.S.P.S PARCEL MAILER, SO I AM SENDING YOU THE 31 PAGE APPEAL BUT NO JOINT APPENDIX YET OF 567 PAGES. (NOTE THE 31 PAGES OF APPEAL HAS BLANK PAPER INSTEAD OF PAGES 11, 19, & 20 BECAUSE I HAVE NOT

BEEN ALLOWED TO PHOTOCOPY THE LAST 3 PAGES OF THE APPEAL THAT I WROTE, SO I INSERTED BLANK PAGES TO PREVENT CONFUSION. I WILL SEND ~~TO~~ THE COMPLETE 2 SETS OF APPEAL 31 PAGES + APPENDIX 567 PAGES WHEN I GET A MAILER, MAYBE TOMORROW.

THESE PEOPLE ~~AT~~ HOLDING ME HOSTAGE AT F.M.C BUTNER ARE FIGHTING ME EVERYWAY THEY CAN TO KEEP ME FROM GETTING JUSTICE.

THANK YOU FOR HAVING THE PAITENCE OF DEALING WITH ME AND ALL MY REQUESTS AND EXTENSIONS OF TIME ON THIS APPEAL. MY LIFE HAS BEEN A STRUGGLE FOR THE PAST 15 YEARS BECAUSE OF WRONGDOING BY MAINLY GOVERMENT PEOPLE (POLICE), BUT I PRAY THIS APPEAL MAY CHANGE THAT. THANK YOU AGAIN

THIS IS THE 6th DAY OF MARCH 2023

Harold R Kelly Jr (ACTING PRO-SE)
HOSTAGE # 63727-056

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLERK
U.S. COURT OF APPEALS
FORTH CIRCUIT
1100 E MAIN ST, 5th FLOOR
RICHMON VA. 23219

9590 9402 5482 9249 7187 31

2. Article Number *(Transfer from service label)*

7022 1670 0001 0007 9358

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 1670 0001 0007 9358

7022 1670 0001 0007 9358

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☒ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

4th CIRCUIT

Sent To (CLERK) U.S. COURT OF APPEALS

Street and Apt. No., or PO Box No. 1100 EAST MAIN ST, 5th FLOOR

City, State, ZIP+4® RICHMAN VA. 23219

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

HAROLD ALLEY (PRO-SE)

Name: Number:

Federal Medical Center
P.O. Box 1600
Butner, NC 27509

LETTER TO CLERK
OF COURT




OF APPEALS FOR THE 4th CIRCUIT
EDWARDS (OFFICE OF THE CLERK) #501
ST. SUITE 501
23219-3517

RECEIVED
U.S. MARSHA

HAROL
HOSTA
FEDE
P.O. BO
BUTNER N.C. 27509
HAROLD ALLEY JR
F.M.C BUTNER
P.O. Box 1600
BUTNER N.C. 27509

CERTIFIED MAIL®

7022 1670 0001 0007 9358

Retail

UNITED STATES POSTAL SERVICE®

RDC 99

23219

U.S. POSTAGE PAID
FCM LG ENV
BUTNER, NC 27509
MAR 08, 2023

$0.00

R2309Y155299-09

U.S. COURT
ATTN: RICKIE
1100 E. MAI
RICHMAN VA

LEGAL MAIL
DO NOT OPEN OR TAMPER WITH
THIS MEANS ANY OF YOU
CRIMINALS AT F.M.C. BUTNER