FILED: March 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-6291 (L)
(4:17-mj-01102-BO-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

HAROLD K. ALLEY, JR.

Defendant - Appellant

---

O R D E R

---

Upon consideration of documents filed in this case, it appears formal briefing is required in this matter. The Clerk shall appoint counsel to represent Appellant pursuant to the Criminal Justice Act.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk