# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

### Record No. 22-6291 (L)
_____

## UNITED STATES OF AMERICA
## v.
## HAROLD K. ALLEY, JR.

_____

# MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX AND BRIEF OF APPELLANT

COMES NOW, the Appellant, by and through his counsel, Sandra J. Barrett, and asks the Court to extend the time for filing of the Joint Appendix and Brief of Appellant from July 14, 2023, to August 4, 2023, for the following reasons:

This Court previously established the date of July 14, 2023 as the date for filing of the Joint Appendix and Appellant's brief.  This matter is a consolidated appeal and is before the Court following a competency hearing and the filing of an order of commitment and numerous lengthy *Pro Se* documents.  Due to post-surgery complications that have slowed recovery for the undersigned, as well as other deadlines, which the undersigned has been diligently working to minimize, counsel has been unable to complete the research and brief writing in this case.  In order to represent adequately the interests of the Appellant and to serve the court best, the undersigned feels it is necessary to ask for additional time.   The undersigned assures the court that no prejudice to either party will result from this delay.

The U.S. Attorney's office has no objection to the granting of this motion.  Furthermore, it is in the best interests of the parties and the expeditious use of the court's time to grant this motion.

Respectfully submitted, this the 13th day of July 2023.

_____
Sandra J. Barrett, Attorney for Appellant
P. O. Box 566, Hendersonville, NC 28793
barrett.law.nc@gmail.com
(828) 258-9036

# **CERTIFICATE OF SERVICE**

     I certify that on this 13th day of July 2023, a copy of the foregoing Motion for Extension of Time to File Joint Appendix and Appellant's Brief was served upon the opposing party by serving its attorney of record, David A. Bragdon, Asst. U.S. Attorney, through electronic case filing.

                        _____/S/ Sandra J. Barrett_____
                        Sandra J. Barrett
                        Attorney for Harold K. Alley, Jr.
                        P. O. Box 566, Hendersonville, NC 28793